1525-14  1526-14                    Page 1 of 2

The Court of Criminal Appeals State of Texas

Robert Westbrook              Appeal # 02-14-00401-CR
        V.                            # 02-14-00402-CR
The State of Texas            Cause # 1377192D + 1375130D

Denied
4-20-15

FILED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

The Honorable Judges of the Court of Criminal Appeals

Comes now Robert Westbrook, Petitioner in the above entitled and numbered cause, and moves the Court to stay the issuance of its mandate of affirmance in this Cause, and in support of this motion shows:

The petitioner was tried and convicted in the 297th Court of tarrant County, Texas of the offense of burglary of a building and punishment was assessed at 3 years. This conviction was affirmed by the court of appeals for the second district on October 30, 2014 Subsequent to that decision, this court granted review and affirmed the Judgement on April 1 2015.

The petition for review to this Court presented a Substantial federal question: Wether the petitioner was incompetant to stand trial. This question was decided adversly to the petitioner in the courts opinion.

The petitioner itends to diligently and timely petition the United States Supreme Court to review this Substantial Federal question,

If the Court does not issue an order staying the execution of the mandate in this Cause, the petitioner will suffer the execution of this sentence without having had the opportunity to submit the substantial federal question detailed above to the Supreme Court for review.

Wherefore, Petitioner prays the court stay the issuance of the mandate in this Cause for a period of 90 days to permit the petitioner an opportunity to timely file a petition for writ of certiorari to the United States Supreme Court.

Robert Westbrook          Pro Se

#0585741
100 N. Lamar
Fort Worth TX 76102


Certificate of Service

I Robert Westbrook, hereby Certify that a true and correct copy of the above motion was served on Attorney for the state Sharon Wilson by mailing first class mail to sharon Wilson D.A 401 W. Belknap St. Fort Worth TX 76196 On this 10th day of April 2015

Pro Se
Robert Westbrook 0585741 7/25/83
100 N. Lamar Fort Worth TX 76102

## Verification of Unsworn Declaration

I, Robert Westbrook , Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, # 058574 , currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing stay of Mandate _____ and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this 10 day of April , 20 15 .

_____
(Signature) Defendant pro se

Robert Westbrook
(Print Name)

CID # 0585741 DOB 7 / 25 / 83

100 N. Lamar
Address:

Fort Worth TX 76102

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.